**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Bare Arms Limited Liability Company** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Bare Arms Trading Co**<br>**DBA  Bladez** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-1704769** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3502 Winchester Avenue**<br>**Ashland, KY 41101**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Boyd**<br>County | **Location of principal assets, if different from principal place of business**<br>**2134 5th St Huntington WV Huntington, WV 25701**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **https://batradingco.com/**

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Bare Arms Limited Liability Company** _____ Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4511__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).
　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.
　☐ A plan is being filed with this petition.
　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Bare Arms Limited Liability Company** _____ Case number (*if known*)_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor  **Bare Arms Limited Liability Company**   Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Bare Arms Limited Liability Company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 14, 2023**
MM / DD / YYYY

X **/s/ William H. Bare**           **William H. Bare**
Signature of authorized representative of debtor           Printed name

Title **Member and Corporate Representative**

**18. Signature of attorney**

X **/s/ J. Christian Dennery**           Date **May 14, 2023**
Signature of attorney for debtor           MM / DD / YYYY

**J. Christian Dennery**
Printed name

**Dennery, PLLC**
Firm name

**7310 Turfway Rd.**
**Ste. 550**
**Florence, KY 41042**
Number, Street, City, State & ZIP Code

Contact phone **859-445-5495**     Email address **jcdenery@dennerypllc.com**

**95878 KY**
Bar number and State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 5

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Bare Arms Limited Liability Company** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Chase Card Services<br>Marion Bonvoy<br>PO Box 15298<br>Wilmington, DE 19850 | | Credit Card debts | Unliquidated | | | $31,609.27 |
| COROC/Rivera LLC<br>C/O Tanger Management, LLC<br>3200 Northline Avenue, Suite 360<br>Greensboro, NC 27408 | | Contingent breach damages arising from 365 rejection of the License for the use of Unit 1825 | Contingent Unliquidated | | | $0.00 |
| Grunt Style, LLC<br>400 E Fullerton Ave<br>Carol Stream, IL 60188-5201 | | Inventory supplier | | | | $48,424.70 |
| Kentucky Employers Mutual Insurance<br>250 W Main St, No. 900<br>Lexington, KY 40507 | | Unpaid Insurance Premiums | Unliquidated | | | $12,000.00 |
| Mall at Katy Mills, LP<br>M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | | Contingent breach damages arising from 365 rejection of the lease of Room 407 located within the mall commonly known as Katy Mills Mall | Contingent Unliquidated | | | $0.00 |

Debtor **Bare Arms Limited Liability Company**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Morgantown Mall Associates, LLP  9500 Mall Road  Morgantown, WV 26501 | | Rental arrears and contingent breach damages arising out of Debtor's 365 rejection of the lease of Space 611 located within the Morgantown Mall | Contingent Unliquidated | | | $7,500.00 |
| Opry Mills Mall, LP  PO Box 402242  Atlanta, GA 30384-2242 | | Rental arrears and contingent breach damages arising out of Debtor's 365 rejection of the lease of Unit 728 | Contingent Unliquidated | | | $12,000.00 |
| Outlet Mall of Savannah, LLC  c/o Tanger Management, LLC  3200 Northline Avenue, Suite 360  Greensboro, NC 27408 | | Contingent breach damages arising from 365 rejection of the License to use Unit 121 | Contingent Unliquidated | | | $0.00 |
| Pigeon River Crossings, LLC  3928 Maloney Road  Knoxville, TN 37920 | | Contingent breach damages arising from 365 rejection of Unit No. 6 located at the mall commonly known as Pigeon River Crossings-Annex II, Pigeon Forge | Contingent Unliquidated | | | $0.00 |
| Summit Community Bank Ashaland LPO  1000 Ashaland Drive, Suite 501  Ashland, KY 41101 | | Mortgage Loan  2134 5th St  Huntington WV 25701 | | $3,114,700.38 | $1,300,000.00 | $1,814,700.38 |
| Summit Community Bank Ashaland LPO  1000 Ashaland Drive, Suite 501  Ashland, KY 41101 | | Unsecured portion of Mortgage Loan | | | | $1,814,700.00 |

Debtor **Bare Arms Limited Liability Company**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Summit Community Bank Ashaland LPO 1000 Ashaland Drive, Suite 501 Ashland, KY 41101** | | **Inventory Loan** | | $499,643.07 | $0.00 | $499,643.07 |
| **Summit Community Bank Ashaland LPO 1000 Ashaland Drive, Suite 501 Ashland, KY 41101** | | **Business Loan** | | | | $86,646.12 |
| **Tanger Fort Worth, LLC C/O Tanger Management, LLC 3200 Northline Avenue, Suite 360 Greensboro, NC 27408** | | **Contingent breach damages arising from 365 rejection of the License of Unit 1165** | **Contingent Unliquidated** | | | $0.00 |
| **U.S. Small Business Administration 2 International Plaza Ste 500 Nashville, TN 37217** | | **EIDL Loan** | | | | $149,900.00 |

Chase Card Services
Marion Bonvoy
PO Box 15298
Wilmington DE 19850

COROC/Rivera LLC
C/O Tanger Management, LLC
3200 Northline Avenue, Suite 360
Greensboro NC 27408

Geneva Capital LLC
1311 Broadway St
Alexandria MN 56308

Grunt Style, LLC
400 E Fullerton Ave
Carol Stream IL 60188-5201

Kentucky Employers Mutual Insurance
250 W Main St, No. 900
Lexington KY 40507

Mall at Katy Mills, LP
M.S. Management Associates Inc.
225 West Washington Street
Indianapolis IN 46204-3438

Morgantown Mall Associates, LLP
9500 Mall Road
Morgantown WV 26501

Opry Mills Mall, LP
PO Box 402242
Atlanta GA 30384-2242

Outlet Mall of Savannah, LLC
c/o Tanger Management, LLC
3200 Northline Avenue, Suite 360
Greensboro NC 27408

Pigeon River Crossings, LLC
3928 Maloney Road
Knoxville TN 37920

```
Summit Community Bank Ashaland  LPO
1000 Ashaland Drive, Suite 501
Ashland KY 41101


Tanger Fort Worth, LLC
C/O Tanger Management, LLC
3200 Northline Avenue, Suite 360
Greensboro NC 27408


Tanger Properties Limited Partnership
C/O Tanger Management, LLC
3200 Northline Avenue, Suite 360
Greensboro NC 27408


U.S. Small Business Administration
2 International Plaza Ste 500
Nashville TN 37217
```